IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **UNITED STATES DEPARTMENT OF** | ) |
| **THE TREASURY,** | ) |
| Office of General Counsel | ) |
| 400 7th Street, SW | ) |
| Washington, D.C. 20219 | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to force Defendant UNITED STATES DEPARTMENT OF THE TREASURY to conduct a reasonable search, issue a determination, and produce records regarding cybersecurity investigations.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print, and live events. BLOOMBERG L.P. is one of the FOIA requesters in this case.

4. Defendant UNITED STATES DEPARTMENT OF THE TREASURY is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JANUARY 18, 2024 FOIA REQUEST TO TREASURY

7. On January 18, 2024, Plaintiffs submitted a FOIA request to TREASURY for a copy of the full report, including all exhibits and supporting material, from the following closed investigation: CYBER-21-0019-I.

8. A true and correct copy of the original FOIA request is attached as Exhibit 1.

9. On January 19, 2024, TREASURY acknowledged receipt of the FOIA request and assigned reference number 2024-FOIA-00218 to the matter.

10. A true and correct copy of the acknowledgement letter is attached as Exhibit 2.

11. On September 10, 2024, Plaintiffs sought an estimated date of completion for the request.

12. A true and correct copy of the correspondence is attached as Exhibit 3.

13. TREASURY did not send any further correspondence to Plaintiffs regarding this request.

14. As of the date of this filing, TREASURY has not issued a determination on Plaintiffs' request.

15. As of the date of this filing, TREASURY has failed to make any responsive records promptly available to Plaintiffs.

## JANUARY 24, 2024 FOIA REQUEST TO TREASURY

16. On January 24, 2024, Plaintiffs submitted a FOIA request to TREASURY for the following records from the Office of the Inspector General:

> All final reports of investigation, including exhibits, supplement material, interview transcripts, case closing memorandum and referrals relating to investigations that focused solely on the Office of the Comptroller of the Currency.

17. A true and correct copy of the original FOIA request is attached as Exhibit 4.

18. On January 25, 2024, TREASURY acknowledged receipt of the FOIA request and assigned reference number 2024-FOIA-00235 to the matter.

19. A true and correct copy of the acknowledgement letter is attached as Exhibit 5.

20. On September 10, 2024, Plaintiffs sought an estimated date of completion for the request.  Ex 3.

21. TREASURY did not send any further correspondence to Plaintiffs regarding this request.

22. As of the date of this filing, TREASURY has not issued a determination on Plaintiffs' request.

23. As of the date of this filing, TREASURY has failed to make any responsive records promptly available to Plaintiffs.

## JANUARY 29, 2024 FOIA REQUEST TO TREASURY

24. On January 29, 2024, Plaintiffs submitted a FOIA request to TREASURY for the following records from the Office of the Inspector General, dated September 21, 2023 to January 29, 2024:

> 1. OIG-23-036: Cybersecurity/Information Technology: Fiscal Year 2022 Audit of the Department of the Treasury's Information Security Program and Practices for Its Intelligence Systems

> 2. OIG-23-035: Cybersecurity/Information Technology: Fiscal Year 2022 Audit of the Department of the Treasury's Information Security Program and Practices for Its Intelligence Systems

25. A true and correct copy of the original FOIA request is attached as Exhibit 6.

26. On January 31, 2024, TREASURY acknowledged receipt of the FOIA request and assigned reference number 2024-FOIA-00249 to the matter.

27. A true and correct copy of the acknowledgement letter is attached as Exhibit 7.

28. On September 10, 2024, Plaintiffs sought an estimated date of completion for the request.  Ex 3.

29. TREASURY did not send any further correspondence to Plaintiffs regarding this request.

30. As of the date of this filing, TREASURY has not issued a determination on Plaintiffs' request.

31. As of the date of this filing, TREASURY has failed to make any responsive records promptly available to Plaintiffs.

## JULY 29, 2024 FOIA REQUEST TO TREASURY

32. On July 29, 2024, Plaintiffs submitted a FOIA request to TREASURY for the following records from the Office of the Inspector General, dated January 1, 2023 to July 29, 2024:

> Copies of NON PUBLIC final reports of investigations and audits closed in calendar years 2023 and 2024 thus far, which should include the closing memorandum, action taken and referral memo.
>
> By NON PUBLIC I mean records that were not publicly posted on a FOIA reading room or public website reading room such as Oversight.gov.

33. A true and correct copy of the original FOIA request is attached as Exhibit 8.

34. On July 31, 2024, TREASURY acknowledged receipt of the FOIA request and assigned reference number 2024-FOIA-00759 to the matter.

35. A true and correct copy of the acknowledgement letter is attached as Exhibit 9.

36. On September 10, 2024, Plaintiffs sought an estimated date of completion for the request. Ex 3.

37. TREASURY did not send any further correspondence to Plaintiffs regarding this request.

38. As of the date of this filing, TREASURY has not issued a determination on Plaintiffs' request.

39. As of the date of this filing, TREASURY has failed to make any responsive records promptly available to Plaintiffs.

**COUNT I – TREASURY'S FOIA VIOLATION**
**JANUARY 18, 2024 FOIA REQUEST**

40. The above paragraphs are incorporated by reference.

41. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

42. Defendant TREASURY is a federal agency subject to FOIA.

43. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

44. Defendant TREASURY has failed to conduct a reasonable search for records responsive to the request.

45. Defendant TREASURY has failed to issue a complete determination within the statutory deadline.

46. Defendant TREASURY has failed to produce all non-exempt records responsive to the request.

**COUNT II – TREASURY'S FOIA VIOLATION**
**JANUARY 24, 2024 FOIA REQUEST**

47. The above paragraphs are incorporated by reference.

48. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

49. Defendant TREASURY is a federal agency subject to FOIA.

50. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

51. Defendant TREASURY has failed to conduct a reasonable search for records responsive to the request.

52. Defendant TREASURY has failed to issue a complete determination within the statutory deadline.

53. Defendant TREASURY has failed to produce all non-exempt records responsive to the request.

**COUNT III – TREASURY'S FOIA VIOLATION**
**JANUARY 29, 2024 FOIA REQUEST**

54. The above paragraphs are incorporated by reference.

55. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

56. Defendant TREASURY is a federal agency subject to FOIA.

57. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

58. Defendant TREASURY has failed to conduct a reasonable search for records responsive to the request.

59. Defendant TREASURY has failed to issue a complete determination within the statutory deadline.

60. Defendant TREASURY has failed to produce all non-exempt records responsive to the request.

## COUNT IV – TREASURY'S FOIA VIOLATION
## JULY 29, 2024 FOIA REQUEST

61. The above paragraphs are incorporated by reference.

62. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

63. Defendant TREASURY is a federal agency subject to FOIA.

64. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

65. Defendant TREASURY has failed to conduct a reasonable search for records responsive to the request.

66. Defendant TREASURY has failed to issue a complete determination within the statutory deadline.

67. Defendant TREASURY has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

    i.    declare that Defendant has violated FOIA;

    ii.    order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

    iii.    enjoin Defendant from withholding non-exempt public records under FOIA;

    iv.    award Plaintiffs attorneys' fees and costs; and

    v.    award such other relief the Court considers appropriate.

Dated: September 17, 2024

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.


Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com