UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD, et al.,

                Plaintiffs,

        v.                                              Civil Action No. 24-2660 (RC)

DEPARTMENT OF THE TREASURY,

                Defendant.

**JOINT STATUS REPORT**

Pursuant to this Court's December 3, 2026, Minute Order, Defendant the Department of the Treasury (the "Department") and Plaintiffs Jason Leopold and Bloomberg L.P. ("Plaintiffs"), submit this joint status report in this Freedom of Information Act case.

The remainder of all responsive documents consists of records of interest to, and in consultation with, various Departmental Offices having equities in those records. The Department reports that it released to Plaintiffs an interim response on December 12, 2025, consisting of 172 pages, and intends to release its next production during the week of March 15, 2026. The Department did not meet its approximated final production date of February 27, 2026, due to the February 2026 government shutdown and additional processing delays, but now approximates releasing its final production to Plaintiffs on or before April 1, 2026.

The parties will continue to confer in a good faith effort to resolve any of their differences without burdening the Court. Due to government counsel's upcoming parental leave, the parties request that the Court allow them to file another joint status report on or before June 18, 2026.

Dated: March 4, 2026

/s/ Merrick Wayne

Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No.
MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ *Dimitar P. Georgiev*_____
    DIMITAR P. GEORGIEV, D.C. Bar # 1735756
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252 – 7678

*Attorneys for the United States of America*